

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00273-CV

IN RE AUBREY DEWAYNE MORRIS                            RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.  This Court's August 9, 2013 order staying the trial court proceedings in cause number CV-13-03-212 in the 271st District Court of Wise County is hereby lifted.

PER CURIAM

PANEL:  MEIER, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  September 5, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).